January 20, 2022

Petition 21-61368

I Adam White request an extension and to postpone meeting of the creditors, because my driveway was blocked by the new snowstorm and local legal aid has not been available.

Adam White

*Adam White* (signature)